EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Gilberto Salas Arana | 2006 TSPR 51 <br><br> 167 DPR _____ |

Número del Caso: AB-2005-261

Fecha: 5 de abril de 2006

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

*In re*

Gilberto Salas Arana

AB-2005-261

RESOLUCION

San Juan, Puerto Rico, a 5 de abril de 2006

El Hon. Jimmy Villalobos González, Juez de la Sala Superior de Arecibo del Tribunal de Primera Instancia de Puerto Rico, remitió a este Tribunal, "para la acción correspondiente", una resolución de fecha 6 de octubre de 2005, relativa la misma a la conducta observada por el Lcdo. Gilberto Salas Arana ante el mencionado tribunal de instancia.

Un examen de la mencionada resolución revela que la conducta en controversia se refiere a la contumaz negativa del mencionado abogado del pago de un arancel de suspensión de una vista que estaba señalada ante dicho foro judicial y que tuvo que ser suspendida por su causa. No hay duda alguna del hecho que el Lcdo. Salas Arana, al así actuar, ha incurrido en conducta que amerita acción disciplinaria.

Comoquiera que la acción del Juez Villalobos González es una similar a otras en que distintos jueces han referido a este Tribunal situaciones de igual naturaleza, entendemos necesario recalcar y reiterar el poder que poseen los jueces del Tribunal de Primera Instancia de hacer cumplir sus órdenes sin necesidad de referirnos dichas situaciones. A esos efectos, en E.L.A. v. Asociación de Auditores, 147 D.P.R. 669, 681 (1999), expresamos que:

La base jurídica para el procedimiento de desacato en Puerto Rico proviene de tres (3) fuentes, según han sido interpretadas por nuestra jurisprudencia, las cuales están fundadas en el poder inherente de los tribunales para hacer cumplir sus órdenes. Los tribunales tendrán poder, entre otros, para mantener y asegurar el orden en su presencia y en los procedimientos ante su consideración, para hacer cumplir sus órdenes, sentencias y providencias, y para realizar u ordenar cualquier acto que resulte necesario a fin de cumplir a cabalidad sus funciones. 4 L.P.R.A. secs. 1a y 362a. Para el ejercicio efectivo de las facultades antes enumeradas la ley les autoriza a castigar por desacato. 4 L.P.R.A. sec. 362b. (Énfasis suplido).

En vista de lo antes expuesto, devolvemos el asunto a la Sala Superior de Arecibo del Tribunal de Primera Instancia, para la acción de desacato correspondiente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.


                                    Aida Ileana Oquendo Graulau
                                 **Secretaria del Tribunal Supremo**